# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0303. PECHTER ET AL. v. DAVIS ET AL.**

The order denying this application was issued on May 11, 2021, but due to docketing errors, the order was not submitted to the parties on that date.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/28/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*